PHILLIP R. KAPLAN (Bar No. CA 076949)
Manatt, Phelps & Phillips, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile: (714) 371-2550
E-mail: PKaplan@manatt.com

*Attorneys for Defendants*
CU BANCORP, DAVID RAINER, ROBERTO BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC KENTOR, JEFFREY J. LEITZINGER, ROY SALTER, DANIEL SELLECK, CHARLES SWEETMAN AND KAVEH VARJAVAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PARSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CU BANCORP, DAVID RAINER, ROBERTO BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC KENTOR, JEFFREY J. LEITZINGER, ROY SALTER, DANIEL SELLECK, CHARLES SWEETMAN, KAVEH VARJAVAND, and PACWEST BANCORP,<br><br>Defendants. | Case No. 2:17-cv-04303 FMO (AJWx)<br><br>Hon. Fernando M. Olguin<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).**<br><br>Complaint served on PacWest Bancorp: June 20, 2017<br><br>Complaint served on all other Defendants: June 23, 2017<br><br>Current response date for PacWest Bancorp: August 21, 2017<br><br>Current response date for all other Defendants: August 22, 2017<br><br>New response date: September 18, 2017 |

Plaintiff Paul Parshall ("Plaintiff") and Defendants CU Bancorp, David Rainer, Roberto Barragan, Charles R. Beauregard, Kenneth J. Cosgrove, David C.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

STIPULATION TO EXTEND TIME
CASE NO. 2:17-CV-04303 FMO (AJWX)

1 Holman, K. Brian Horton, Eric Kentor, Jeffrey J. Leitzinger, Roy Salter, Daniel
2 Selleck, Charles Sweetman, Kaveh Varjavand (collectively the "CU Bancorp
3 Defendants") and Defendant PacWest Bancorp (collectively, with the CU Bancorp
4 Defendants, the "Defendants") (collectively the "Parties"), by and through their
5 respective attorneys, hereby stipulate and agree as follows:
6     WHEREAS, Plaintiff filed his complaint ("Complaint") on June 9, 2017;
7     WHEREAS, the Complaint was deemed served on Defendant PacWest
8 Bancorp on June 20, 2017 when Plaintiff sent Defendant PacWest Bancorp a request
9 to waive service of a summons;
10     WHEREAS, the Complaint was deemed served on the CU Bancorp
11 Defendants on June 23, 2017 when Plaintiff sent the CU Bancorp Defendants
12 requests to waive service of a summons;
13     WHEREAS, PacWest Bancorp's and the CU Bancorp Defendants' responses
14 to the Complaint are currently due on August 21, 2017 and August 22, 2017,
15 respectively;
16     WHEREAS, Defendant PacWest Bancorp has retained the law firm of
17 Sullivan & Cromwell LLP to represent it in this matter;
18     WHEREAS, the CU Bancorp Defendants have retained the law firm of
19 Manatt, Phelps & Phillips, LLP to represent them in this matter;
20     WHEREAS, Defendants have requested and Plaintiff has agreed to stipulate to
21 extend the respective deadlines for Defendants to respond to the Complaint up to and
22 including September 18, 2017;
23 //
24 //
25 //
26 //
27 //
28 //

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

2

STIPULATION TO EXTEND TIME
CASE NO. 2:17-CV-04303 FMO (AJWX)

Case 2:17-cv-04303-FMO-AJW   Document 22   Filed 08/21/17   Page 3 of 4   Page ID #:48

NOW THEREFORE, it is agreed that Defendants shall have an extension of time to respond to the Complaint in this action, making Defendants' responses to the Complaint due on or before September 18, 2017.

Dated: August 17, 2017        WEISSLAW LLP

By: /s/ _____
Joel E. Elkins
*Attorneys for Plaintiff*
PAUL PARSHALL, Individually and on Behalf of All Others Similarly Situated

Dated: August 17, 2017        MANATT, PHELPS & PHILLIPS, LLP

By: /s/ _____
Phillip R. Kaplan
*Attorneys for Defendants*
CU BANCORP, DAVID RAINER, ROBERTO BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC KENTOR, JEFFREY J. LEITZINGER, ROY SALTER, DANIEL SELLECK, CHARLES SWEETMAN and KAVEH VARJAVAND

Dated: August 17, 2017        SULLIVAN & CROMWELL LLP

By: /s/ _____
Adam S. Paris
*Attorneys for Defendant*
PacWest Bancorp

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

3        STIPULATION TO EXTEND TIME
         CASE NO. 2:17-CV-04303 FMO (AJWX)

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ _____
Phillip R. Kaplan

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

4    STIPULATION TO EXTEND TIME
CASE NO. 2:17-CV-04303 FMO (AJWX)