**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL PARSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CU BANCORP, DAVID RAINER, ROBERTO BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC KENTOR, JEFFREY J. LEITZINGER, ROY SALTER, DANIEL SELLECK, CHARLES SWEETMAN, KAVEH VARJAVAND, and PACWEST BANCORP,<br><br>Defendants. | Case No. 2:17-cv-04303-FMO-AJW<br><br>CLASS ACTION<br><br>**ORDER RE STIPULATION [25] ADJOURNING ANTICIPATED MOTION** |

Having reviewed the parties' Stipulation Concerning Plaintiff's Adjournment of Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (Dkt. No. 25), IT IS ORDERED THAT:

1. The court shall continue to retain jurisdiction over the action for the sole purpose of adjudicating any claim for attorney's fees and expenses.

2. Any motion for attorney's fees and expenses shall be filed no later than **December 29, 2017,** as the parties are working amicably and require more time.

**IT IS SO ORDERED.**

DATED this 21st day of November, 2017.

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE