1 | Joel E. Elkins (SBN 256020)
2 | Email: jelkins@weisslawllp.com
**WEISSLAW LLP**
3 | 9107 Wilshire Blvd, Suite 450
4 | Beverly Hills, CA 90210
Telephone: 310/208-2800
5 | Facsimile: 310/209-2348

7 | *Attorneys for Plaintiff*

8 | *[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL PARSHALL, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:17-cv-04303-FMO-AJW |
| Plaintiff, | **NOTICE OF CLOSURE FOR ALL PURPOSES** |
| v. | |
| CU BANCORP, DAVID RAINER, ROBERTO BARRAGAN, CHARLES R. BEAUREGARD, KENNETH J. COSGROVE, DAVID C. HOLMAN, K. BRIAN HORTON, ERIC KENTOR, JEFFREY J. LEITZINGER, ROY SALTER, DANIEL SELLECK, CHARLES SWEETMAN, KAVEH VARJAVAND, and PACWEST BANCORP, | |
| Defendants. | |

**WHEREAS**, on June 9, 2017, Plaintiff Paul Parshall ("Plaintiff") brought the instant putative class action on behalf of a putative class of CU Bancorp ("CU Bancorp" or the "Company") stockholders alleging violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and alleging that the S-4 Registration Statement ("S-4") failed to disclose information that Plaintiff alleged was necessary to make the statements in the S-4 not materially false or misleading (the "Action");

**WHEREAS**, on July 5, 2017, Defendants filed Amendment No. 1 to the S-4 that contained supplemental disclosures (the "Initial Supplemental Disclosures");

**WHEREAS**, on July 21, 2017, Defendants filed Amendment No. 2 to the S-4 that contained further supplemental disclosures (the "Further Supplemental Disclosures," and together with the Initial Supplemental Disclosures, collectively, the "Supplemental Disclosures");

**WHEREAS**, on August 24, 2017, the CU Bancorp stockholder vote on the merger transaction challenged in the Action (the "Transaction") was held and the CU Bancorp shareholders approved the Transaction;

**WHEREAS**, Plaintiff believes and contends that the Supplemental Disclosures were material and mooted the claims set forth in the Action;

**WHEREAS**, Plaintiff asserts that the prosecution of the Action, among other things, caused CU Bancorp to file the Supplemental Disclosures with the Securities and Exchange Commission and that Plaintiff's counsel has the right to seek and recover attorneys' fees in connection with a claimed common benefit provided to CU Bancorp stockholders as a result of the filing of the Supplemental Disclosures;

**WHEREAS,** on September 21, 2017, the Court approved a Stipulation and Proposed Order that, among other things, dismissed the Action with prejudice as to Plaintiff only pursuant to Fed. R. Civ. P. 41(a)(1) (the "Dismissal Stipulation"). The Dismissal Stipulation further dismissed the claims of absent class members without prejudice and retained continuing jurisdiction over the parties solely for

purposes of adjudicating the claims by Plaintiffs' Counsel for an award of attorneys' fees and expenses in the Action (as well as a related action) related to the dissemination of the Supplemental Disclosures (the "Mootness Fee Claim");

**WHEREAS**, the parties subsequently negotiated the terms of an agreed-upon payment of attorneys' fees and expenses to Plaintiffs' counsel to resolve the Mootness Fee Claim;

**WHEREAS**, Plaintiff's Motion and Opening Brief in support of his Mootness Fee Claim is currently scheduled to be filed with the Court on or before December 29, 2017;

**WHEREAS**, all issues regarding Plaintiffs' counsel's Mootness Fee Claim have now been resolved and the parties' need for continuing jurisdiction related to that claim has been mooted and eliminated; and

**WHEREAS**, no class has been certified in the Actions.

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, in light of foregoing, the Action may be closed for all purposes.

Dated: December 29, 2017

**WEISSLAW LLP**

By: _____
Joel E. Elkins (SBN 256020)
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
Email: jelkins@weisslawllp.com

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800

*Attorneys for Plaintiff*

2